# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

152269(79)

JANIS R. MILLS, on behalf of herself
and others similarly situated,
      Plaintiffs-Appellants,

v

ST. JOHN HEALTH,
      Defendant-Appellee.

_____/

SC: 152269
COA: 319282
Macomb CC: 2011-005486-CD

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED.  The reply submitted on November 20, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015

